1 | RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
2 | SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
(415) 882-7900
4 | (415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
5 | sbabu@sjlawcorp.com

6 | Attorneys for Plaintiffs

7 | ROBERT G. HULTENG (SBN 072193)
VINCENT J. MERSICH (SBN 259813)
8 | LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
9 | San Francisco, CA 94108
(415) 433-1940
10 | (415) 399-8490 (fax)
rhulteng@littler.com
11 | vmersich@littler.com

12 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS' PENSION TRUST FUND; et al., | Case No.: 10-CV-00697-SI |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| FIFE ROCK PRODUCTS COMPANY, et al., | |
| Defendants. | |

Based on the Joint Case Management Conference Statement filed by the parties on May 20, 2010, the Court hereby continues the Case Management Conference from June 4, 2010, to September 3, 2010. All related deadlines are extended accordingly.

DATED: _____

_____
The Honorable Susan Illston
UNITED STATES DISTRICT COURT