RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

ROBERT G. HULTENG (SBN 072193)
VINCENT J. MERSICH (SBN 259813)
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108
(415) 433-1940
(415) 399-8490 (fax)
rhulteng@littler.com
vmersich@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS' PENSION TRUST FUND; et al., | Case No.: 10-CV-00697-SI |
|---|---|
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| FIFE ROCK PRODUCTS COMPANY, et al., | |
| Defendants. | |

    1.    On July 22, 2010, the parties participated in Early Neutral Evaluation (ENE) pursuant to this Court's Order dated May 13, 2010 (Document 21) with Steve Schrey who was appointed as the Evaluator by the Court on May 21, 2010 (Document 24).

    2.    As stated in the Evaluator's Certification of Session (Document 30), the parties continued to engage in further facilitated discussions following the ENE session.

    3.    The parties have agreed to participate in a mediation session on September 29, 2010, in an attempt to settle this matter. Steve Schrey will serve as the mediator.

    4.    There are no issues that need to be addressed by the Court at the Case Management

1  Conference currently calendared for September 3, 2010 (Docket 25).  In the interest of minimizing attorneys' fees and costs as well as preserving the Court's resources, the parties respectfully request that the Court continue the Case Management Conference to November 5, 2010, to provide the parties with sufficient opportunity to participate in the mediation and any subsequent settlement discussions as necessary.

DATED:  August 24, 2010          LITTLER MENDELSON, P.C.


                                  By:_____/S/_____
                                       ROBERT G. HULTENG
                                       VINCENT J. MERSICH
                                       Attorney for Defendants
                                       FIFE ROCK PRODUCTS, et al.


DATED:  August 24, 2010          SALTZMAN & JOHNSON LAW CORPORATION


                                  By:_____/S/_____
                                       SHAAMINI A. BABU
                                       Attorney for Plaintiffs
                                       OPERATING ENGINEERS' PENSION TRUST
                                       FUND, et al.


IT IS SO ORDERED.

    Based on the foregoing, the Case Management Conference is hereby continued to November 5, 2010, at 2:30 p.m.  All related deadlines are extended accordingly.


DATED:  _____

                                  _____
                                  The Honorable Susan Illston
                                  UNITED STATES DISTRICT COURT